IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAURA J. WHITE,

    Plaintiff,

v.                                        CIV No. 07-0274 LH/WPL

JAMES HOUDF L.C.F.B.I. and
LAURA SAWYER L.C.F.B.I.,

    Defendants.

## ORDER AND FINAL JUDGMENT

**THIS MATTER** having come before the Court on the Proposed Findings and Recommended Disposition (Docket No. 3) of the United States Magistrate Judge, no objections to the proposed findings and recommended disposition having been filed, and the Court having made a determination of the Magistrate Judge's proposed findings and recommended disposition;

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action be, and hereby is, dismissed with prejudice.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**